# CLERK'S MINUTE SHEET

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

Before the Honorable Gregory B. Wormuth

**ARRAIGNMENT HEARING**

| | | | |
|---|---|---|---|
| Case Number: | CR 25-4750 MIS | UNITED STATES vs. JENSEN, et al. | |
| Hearing Date: | 3/3/2026 | Time In and Out: | 9:32 – 9:34 A.M. (2 MIN) |
| Courtroom Deputy: | KRISTIN SOLIS | Digital Recording: | Sierra Blanca |
| Defendant: | OBED LOPEZ | Defendant's Counsel: | THERESA CABALLERO (RET'D.) |
| AUSA: | BEN SUSLAVICH | Pretrial/Probation: | JENNIFER RAMOS |
| Interpreter: | N/A | | |

**Proceedings**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | First Appearance by Defendant | | | | |
| ☐ | Defendant waived appearance at Arraignment | | | | |
| ☒ | Defendant received a copy of charging document | | | | |
| ☒ | Defendant questioned re: time to consult with attorney regarding penalties | | | | |
| ☒ | Defendant waives reading of Indictment | | | | |
| ☒ | Defendant enters a Not Guilty plea | | | | |
| ☐ | Motions due by: | | | | |
| ☒ | Parties agree Standing Discovery Order to be electronically entered | ☐ | Discovery Order previously entered | ☐ | Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days |
| ☒ | Case assigned to: Judge Strickland | | | | |
| ☒ | Trial will be scheduled by presiding judge | ☐ | Trial currently set | | |
| ☐ | Defendant waives Detention Hearing | | | | |

**Custody Status**

| | |
|---|---|
| ☒ | Defendant on bond |
| ☐ | Conditions |

**Other**

| | |
|---|---|
| ☒ | NO MOTIONS DATE GIVEN; SCHEDULING ORDER PREVIOUSLY IN PLACE. |