


GOVERNMENT EXHIBIT 1

76

| DATE | Attorney Name | ID# | Sign |
|---|---|---|---|
| 1/27 | Josh Herrera | 18345269 | [illegible] |
| 1-27 | [illegible] | 43536628 | [illegible] |
| 1-27-26 | PALESTINA HARRISON | 513602685 | [illegible] |
| 1-27-26 | PALESTINA HARRISON | 513602685 | [illegible] |
| 1-27-26 | MARK D'ANTONIO | 122893502 | |
| 1-27-26 | MARK D'ANTONIO | " | |
| 1-27-26 | Thomas A Smith | 01075 | Thomas Smith |
| 1/28/26 | Jason Davis | TX 14194399 | [illegible] |
| 1/28/26 | Kelly Jenkins | 109941-700 | [illegible] |
| 1/28/26 | James Jenkins | 109888-453 | [illegible] |
| 1/28/26 | Trey Martinez | 06535602 | [illegible] |
| 1/28/26 | Jeff Jenkins | 00536412 | [illegible] |
| 1/28/26 | Cesar Pierce | 059383762 | [illegible] |
| 1/28/26 | Cesar Pierce | 059383762 | [illegible] |
| 1/28/26 | [illegible] | USMS | [illegible] |
| 1/28/26 | Emily Cox | USMS | [illegible] |
| 1/28/26 | PALESTINA HARRISON | 513602685 | [illegible] |
| 1-28-26 | PALESTINA HARRISON | PALESTINA 513602685 | [illegible] |
| 1-28-26 | Tim Villalobos | 24091238 | [illegible] |
| 1-28-26 | Tim Villalobos | ↓ | |
| 1/28/26 | Alex A. Melendez | 16892186 | [illegible] |
| 1/28/26 | Trey Martinez | 06535602 | [illegible] |
| 1/28/26 | Jason Davis | 14194399 | |
| 1/28/26 | Jeff Jenson | 00536412 | |
| 1/28/26 | Ray Lopez | 000145459 | Ray Lopez |
| 1/28/26 | [illegible] | 00201216 | [illegible] |
| 1/29/26 | Jason Davis | 14194399 | [illegible] |
| 1/29/26 | Trey Martin | 06535602 | [illegible] |
| 1/29/26 | Jeff Jenn | 00536412 | [illegible] |
| 1-29-26 | Gilbert Andrea | 5276950 | GDA |
| 1-29-26 | Carlos Rosales | | [illegible] |
| 1/29/26 | Cesar Pierce | 05938376 | [illegible] |
| 1.29.26 | Elyse Schneider | 40392685 | [illegible] |
| 1.29.26 | Elyse Schneider | 40392685 | [illegible] |

27

| in | inmate name | out |
|---|---|---|
| 10:27 | Luis Mendez | 11:20 |
| 1:30 | Jaime Rubio | 2:51 |
| | JUAN JESUS SANCHEZ SANTAMARIA 5:00 PM. | 6:15 |
| | JUAN MAMA CRUZ | |
| | LUIS MIGUEL CISCA-MARINO | 5:00 PM |
| | JUAN MAMA CRUZ | |
| | SANCHEZ SANTAMARIA | 5:00 PM |
| | LUIS MIGUEL CISCA-MARINO | 5:00 PM |
| 6:25 | Catholic Mass | 7:55 / 7:55 |
| 9am | MAX JENKINS | 10:40 |
| 9am | Max Jenkins | 10:40 |
| 9am | MAX JENKINS | 10:40 |
| 9am | MAX Jenkins | 10:41 |
| 9am | MAX Jenkins | 10:41 |
| 9am | MAX Jenkins | 10:41 |
| 9:00 | Jose Rodriguez | 10:05 |
| 10:40 | Alden E | 1:38 |
| 10:40 | Alden E | 1:38 |
| 12:30 | MEMBRENO-MEJIA, PINEDA-CONTRERAS, PEREZ-HERNANDEZ, LOPEZ JIMENEZ, LOPEZ-JIMENEZ, GONZALEZ-MONTIEL | 3:55 |
| 12:30 | PEREZ-PEREZ, PEREZ HERNANDEZ, MIRANDA RAMOS, RAMIREZ-ANTONIO, LORENZO MANUEL LOPEZ, JACOB | ↓ |
| 12:30 | MEMBRENO-MEJIA, PINEDA-CONTRERAS, PEREZ-HERNANDEZ, PINEDA-CONTRERAS, LOPEZ-JIMENEZ | |
| 12:30 | GONZALEZ-MONTIEL, PEREZ-PEREZ, PEREZ-HERNANDEZ, MIRANDA-RAMOS, RAMIREZ-ANTONIO, LORENZO MANUEL LOPEZ, JACOB CORTEZ | |
| 2:40 | | |
| 3 PM | MAX JENKINS | |
| 3 PM | MAX Jenkins | |
| | | 5:15 |
| 9:35 | Max Jenkins | |
| 9:15 | Max Jenkins | |
| 9:20 | Max Jenkins | |
| 10:00 | Oviedo | [illegible] |
| 10:10 | | |
| 11:00 | [illegible] | 12:18 pm |
| | Jesus Ramirez | |
| | Luis Gardea | |