MTC

MTC

# MANAGEMENT & TRAINING CORPORATION

Otero County Prison Facility • 10 McGregor Range Road • Chaparral, NM 88081
Phone: 575-824-4884 • Fax: 575-824-3158

# MEMO

**TO:** Whomever it may concern

**FROM:** Officer S. Porter

**SUBJECT:** Jenson Incident on 01/28/2026

**DATE:** 02/10/2026

---

To whom it may concern;

On January 28th, 2026, I had what I presumed to be 5 attorneys who came in around 9 am.

To which I followed protocol and asked which client were they here to see and asked for their IDs. To which J. Davis replied "Max Jenson", and they all handed me their IDs. I asked them if they were all attorneys to which J. Davis replied "yes, we are." Everyone was within earshot and could hear me asking. I then handed them the Attorney Sign in Book and said "Everyone, please sign in on the attorney sign in book." J. Davis proceeded to fill out everything except the ID And Signature portion, and everyone came and signed and put their ID numbers. While they were doing this, I was looking at the IDs and noticed that 3 IDs had the same name. Although J. Jenson was on the list that I'm provided the morning of visits, Kelly and James Jenson were not. I then asked once again, "Are you Kelly and James Jenson attorneys?" To which J. Davis and the Jenson's replied yes, we are. I said, "let me verify with Mr. Minifee." I walked into the office where Minifee had asked him if Kelly and James Jenson were allowed back because they aren't on the list and they have the same last name. He said, "let me go check." He went into his office to get the email of the approved people allowed in the visit. When he came out, he asked, "are any of you related?" J. Davis replied "he is" pointing at James Jenson, still not revealing that Kelly Jenson was related as well. J. Davis kept bringing up a court order but wasn't answering anything outside of that.

The next day, January 29th, 2026, they had another visit scheduled. To which they brought Kelly Jenson in again and she was inquiring about visitation, to which Minifee told her she needed to

GOVERNMENT EXHIBIT 2

MANAGEMENT & TRAINING CORPORATION
Otero County Prison Facility • 10 McGregor Range Road • Chaparral, NM 88081
Phone: 575-824-4884 • Fax: 575-824-3158

# MEMO

**TO: Whomever it may concern**

**FROM: Officer S. Porter**

**SUBJECT:** Jenson Incident on 01/28/2026

**DATE:** 02/10/2026

---

call for further assistance with that or let the attorneys handle it because she could not be in the facility during the week, only weekends during visit hours.

End of Statement

S. Porter

02/10/26