MTC

**MANAGEMENT & TRAINING CORPORATION**

Otero County Prison Facility • 10 McGregor Range Road • Chaparral, NM 88081
Phone: 575-824-4884 • Fax: 575-824-3158

# MEMO

**To:**

**From: Countroom Coordinator E. Minifee (196320)**

**Subject: Maxwell, Jensen**

**Date: 2/10/2026**

On January 27, 2026, Attorney Brock Benjamin contacted me and asked if family visits were allowed on weekdays because the inmates and family members were coming from out of town. I then told him that family visits were not allowed on weekdays but that they can come on their scheduled visitation day Sunday, and I could give them extra time if desired.

On January 28, 2026, Officer Porter approached me and relayed to me that if family members can represent inmates due to the same last name as the inmate. I then retrieved an email I received from the office of Attorney Trey Martinez, which was requesting a visitation for Atty Jason Davis, Atty Trey Martinez, Atty Robert Guerra, and Atty Benjamin Brock on 1/28/26. I then noticed there were extra individuals, and those names were being presented that were not on the request, I approached all five individuals. I read off the four names listed in the request, and Atty J Davis and Atty T Martinez acknowledged their names. Then asked who the others were. J Davis then answered that James Jensen and Kelly Jensen were co-defendants of the inmate. J Davis then claimed that there was a court order authorizing both James Jensen and Kelly Jensen's "contact" visit with the inmate.

END OF STATEMENT.

**E. Minifee**

GOVERNMENT EXHIBIT 4