## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO.: 5:25-cr-04750-MIS** |
| | § | |
| **MAXWELL JENSEN** | § | |

## NOTICE OF GOOD STANDING

TO THE HONORABLE COURT:

I, BROCK BENJAMIN, an active member of the Bar of the State of Texas and member of the U.S. District Court for the District of New Mexico, request that this Court admit pro hac vice Jason M. Davis who will be co-counsel for the Defendant, MAXWELL JENSEN, in the case listed above. I hereby certify that I have confirmed that Jason M. Davis is a member in good standing of the State of Texas, where Jason M. Davis's principal practice is located. Attached is a copy of Jason M. Davis's Certificate of Good Standing. I further certify that I agree to accept service and continue in this action unless another Federal Bar member is substituted.

DATED: August 12, 2026.

Respectfully submitted,

*/s/ Brock Benjamin*
BROCK BENJAMIN
New Mexico Bar No. 141535
Texas Bar No. 24048167
1013 E. San Antonio Ave.
El Paso, Texas 79901
Tel: 915-412-5858
Fax: 915-503-2224
E-Mail: brock@brockmorganbenjamin.com

***Attorney for Defendant Maxwell Jensen***

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 12th day of August 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants.

_/s/ Brock Benjamin_
BROCK BENJAMIN

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 07, 2026

Re: Jason Murray Davis, State Bar Number 00793592

To Whom It May Concern:

This is to certify that Jason Murray Davis was licensed to practice law in Texas on November 03, 1995, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253