**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CAUSE NO. 5:25-cr-04750-MIS** |
| | § | |
| **MAXWELL JENSEN** | § | |

**DEFENDANT MAXWELL JENSEN'S FIRST AMENDED EXHIBIT LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, Maxwell Jensen, and hereby provides this written notice of his First Amended Exhibit List:

| DEF Exhibit No. | Description of Exhibit | Bate Stamp | Admitted |
|---|---|---|---|
| 1. | Surveillance Photos | USA v. Jensen 1 – 9 | |
| 2. | WhatsApp Photos of Ortega Phone | USA v. Jensen 50 – 53 | |
| 3. | Wells Fargo Accounts | USA v. Jensen 54 | |
| 4. | Photos of text & load tickets | USA v. Jensen 56 – 116 | |
| 5. | Audio Files (9) | USA v. Jensen 156 | |
| 6. | Hound Dog Energy Load Tickets | USA v. Jensen 288 – 332 | |
| 7. | Thomas Rees Business Card | USA v. Jensen 333 | |
| 8. | Game Camera Photos | USA v. Jensen 379 – 414 | |
| 9. | Hound Dog Energy NM SOS | USA v. Jensen 428 | |
| 10. | Hound Dog Energy Wells Fargo Application | USA v. Jensen 429 – 433 | |
| 11. | Frac Tank Registration Returns | USA v. Jensen 1769 – 1770 | |
| 12. | Big Hog Energy Comp Business Report NM SOS | USA v. Jensen 1771 – 1772 | |
| 13. | Hound Dog Energy Organization Report | USA v. Jensen 1789 – 1796 | |
| 14. | BLM Body Cams Videos: Contreras _Interview; Ortega_Interview; Rees_Interview | USA v. Jensen 2011 | |
| 15. | WhatsApp Plains Insider Texts | USA v. Jensen 2800 – 2879 | |

| | | | |
|---|---|---|---|
| 16. | Photos of Carlos Cell, Max Iphone & Transcript<br><br>**WITHDRAWN** | USA v. Jensen 2939 – 3020<br><br>**WITHDRAWN** | |
| 17. | Law Enforcement Report Christian J.V. Contreras<br><br>**WITHDRAWN** | USA v. Jensen 3025 – 3056<br><br>**WITHDRAWN** | |
| 18. | Vehicle Report of Christian 2019 GMC Sierra<br><br>**WITHDRAWN** | USA v. Jensen 3057 – 3058<br><br>**WITHDRAWN** | |
| 19. | Vehicle Info for Obed & Sammy<br><br>**WITHDRAWN** | USA v. Jensen 3076<br><br>**WITHDRAWN** | |
| 20. | Plains All American Employment for Obed | USA v. Jensen 3077 – 3111 | |
| 21. | Plains All American Employment for Samuel<br><br>**WITHDRAWN** | USA v. Jensen 3112 – 3144<br><br>**WITHDRAWN** | |
| 22. | Interview of SOI RE Maxwell Jensen<br><br>**WITHDRAWN** | USA v. Jensen 3249<br><br>**WITHDRAWN** | |
| 23. | Criminal Informant Biographical Information | USA v. Jensen 3259 – 3266 | |
| 24. | Carlos Contreras Driver License and Photographs<br><br>**WITHDRAWN** | USA v. Jensen 3266 – 3270<br><br>**WITHDRAWN** | |
| 25. | Christopher Driver License and Photographs<br><br>**WITHDRAWN** | USA v. Jensen 3271 – 3279<br><br>**WITHDRAWN** | |
| 26. | Carlos Contreras Driver License and Photographs<br><br>**WITHDRAWN** | USA v. Jensen 3283 – 3285<br><br>**WITHDRAWN** | |
| 27. | Carlos Contreras Identity History<br><br>**WITHDRAWN** | USA v. Jensen 3295<br><br>**WITHDRAWN** | |
| 28. | Christopher Ortega Identity History<br><br>**WITHDRAWN** | USA v. Jensen 3298<br><br>**WITHDRAWN** | |
| 29. | 2026.02.13 WhatsApp Plains Insider Text String Translation | USA v. Jensen 3811 – 3849 | |

| | | | |
|---|---|---|---|
| 30. | Texas Dept CI Contact Report | USA v. Jensen 3850 | |
| 31. | Photographs of Obed Lopez Phone<br><br>**WITHDRAWN** | USA v. Jensen 3998<br><br>**WITHDRAWN** | |
| 32. | ABC&M, LLC Organization Docs | USA v. Jensen 4043 – 4055 | |
| 33. | Certificate of Authenticity of Domestic Record | USA v. Jensen 4056 | |
| 34. | Hound Dog Energy, LLC Articles of Organization | USA v. Jensen 4057 – 4065 | |
| 35. | Texas Department CI Payment | USA v. Jensen 4066 – 4078 | |
| 36. | CI Phone Calls<br><br>**WITHDRAWN** | USA v. Jensen 4126<br><br>**WITHDRAWN** | |
| 37. | DJI Videos<br><br>**WITHDRAWN** | USA v. Jensen 4127<br><br>**WITHDRAWN** | |
| 38. | Photographs of Rigs & Jose Account Info & Big Striker<br><br>**WITHDRAWN** | USA v. Jensen 4133 – 4146<br><br>**WITHDRAWN** | |
| 39. | Ortega & Rees Photos<br><br>**WITHDRAWN** | USA v. Jensen 4147 – 4148<br><br>**WITHDRAWN** | |
| 40. | Photos of Rigs; Jose Acct. Info; Big Striker Energy Post; Texts<br><br>**WITHDRAWN** | USA v. Jensen 4149 – 4222<br><br>**WITHDRAWN** | |
| 41. | Photo of 12200 Interstate 20 Service Rd | USA v. Jensen 4281 | |
| 42. | Photo of Carlsbad New Mexico Yard | USA V. Jensen 4282 | |
| 43. | Texas DPS Redacted Report | USA v. Jensen 4293 – 4348 | |
| 44. | Texas DPS Redacted Report RE: Meeting w/ CI | USA v. Jensen 4349 – 4350 | |
| 45. | FBI One-Time Non-CHS Payment Receipt to CI | USA v. Jensen 4365 – 4366 | |
| 46. | Application for Warrant Obed Phone | USA v. Jensen 4011 - 4024 | |
| 47. | Prior Communications w/ Texas DPS CI | USA v Jensen 3297-3952 | |
| 48. | Multiple Recording Transcripts of Ex 34 | | |
| 49. | Transcript Excerpt | USA v Jensen 186 | |
| 50. | Transcript Excerpt | USA v Jensen 161 | |
| 51. | Transcript Excerpt | USA v Jensen 241-242 | |

| | | | |
|---|---|---|---|
| 52. | Transcript Excerpt | USA v Jensen 163 | |
| 53. | Transcript Excerpt | USA v Jensen 168 | |
| 54. | Any documents produced by the Government or any other party during the course of discovery that are not objected to by Defendant. | | |
| 55. | Any documents identified in the Government's exhibit list that are not objected to by Defendant. | | |
| 56. | Any and all documents retrieved from any government witness being called to testify that are not objected to by Defendant. | | |
| 57. | Any and all information used or relied upon by experts called by the Government that are not objected to by Defendant. | | |

WHEREFORE, PERMISES CONSIDERED, Defendant Maxwell Jensen hereby gives all parties notice of his First Amended Exhibit List. Defendant reserves the right to supplement.

Respectfully Submitted,

Benigno (Trey) Martinez
BENIGNO (TREY) MARTINEZ
State Bar No. 00797011
Federal Bar No. 23945
MARTINEZ/TIJERINA, PLLC
1201 E. Van Buren
Brownsville, Texas 78520
Phone: (956) 550-4868
Facsimile: (956) 621-0135
Email: trey@mbmtlawfirm.com

Robert Guerra, Lead Counsel
Federal ID No. 570991
State Bar No. 24036694
1201 E. Van Buren St.
Brownsville, Texas 78520
Ph. (956) 254-0694
E-mail: rguerra@rguerralaw.com

Benjamin Brock
New Mexico Bar No. 141535
1013 E. San Antonio Ave.
El Paso, Texas 79901
Tel: 915-412-5858
Fax: 915-503-2224
E-Mail: brock@brockmorganbenjamin.com
***Attorneys for Defendant***
***Maxwell Sterling Jensen***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 17th day of August 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants.

/s/ Brock Benjamin
BROCK BENJAMIN