25cr4750-MIS
Atty Update

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102
OFFICIAL BUSINESS

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 31 2026
ERIK PALTROW

ALBUQUERQUE NM 870
SAN ANTONIO TX 78
14 AUG 2026PM 3
20 AUG 2026PM 3 L
FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 87102 $ 000.78⁰
02 7W
0008034596 AUG 14 2026

Return to Sender.

NIXIE 750 DC 1 0008/26/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 87102236870 *0668-01442-14-35

Jason Davis
Law Office of Jason Davis, PC
5945 Broadway
San Antonio, TX 78209