UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

25 CR 4750 MIS
re: DOC. # 335

Jason Davis
Law Office of Jason Davis, PC
5945 Broadway
San Antonio, TX 78209

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 14 2026

ERIK PALTROW
CLERK

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 87102 $ 002.70
02 7W
0000834596 AUG 24 2026

RTS
Not at this address

-R-T-S- 782095062-1N 09/07/26
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER